# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMIE HURLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOMA LINDA UNIVERSITY MEDICAL CENTER & PATRICK CASEY<br><br>　　　　Defendants. | Case No. CV12-5688 DSF (Opx)<br><br>JUDGMENT<br><br>Honorable Dale S. Fischer<br>Roybal Courthouse<br>255 East Temple Street, Los Angeles<br>Courtroom 840<br><br>Action Filed: July 6, 2012 |

The Court Trial of this matter occurred on September 26th and 27th of 2013 before the Honorable Dale S. Fischer, United States District Judge. Following the Court Trial and post-trial briefing between the parties that ended with the filing of Docket Number 67 on January 13, 2014, the Court filed its Findings of Fact and Conclusions of Law on February 12, 2014 as Docket Number 68. Pursuant to the Court's Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of the Plaintiff JAMIE HURLEY and against the Defendants LOMA LINDA UNIVERSITY MEDICAL CENTER AND PATRICK CASEY in the amount of $4,000.00. IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT $75,000.00 be awarded to the Plaintiff for her Attorney's Fees and Costs.

　　　IT IS SO ORDERED.

DATED: March 13, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge